UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CITIES INSURANCE ASSOCIATION OF WASHINGTON, a Washington non-profit corporation,<br><br>                Plaintiff,<br><br>  v.<br><br>ASSOCIATED ELECTRIC & GAS INSURANCE SERVICES LIMITED, a Bermuda corporation,<br>                Defendant. | NO:  2:16-CV-0134-TOR<br><br>ORDER OF DISMISSAL |

BEFORE THE COURT is the parties' Stipulation and Order of Dismissal With Prejudice (ECF No. 23).  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have stipulated to the dismissal of this action with prejudice, with each party bearing its own attorney's fees and costs.

//

//

//

ORDER OF DISMISSAL ~ 1

Case 2:16-cv-00134-TOR    Document 24    Filed 03/17/17

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice and without costs or attorney's fees to either party.

The District Court Executive is hereby directed to enter this Order, furnish copies to counsel, and **CLOSE** the file.

**DATED** March 17, 2017.



THOMAS O. RICE
Chief United States District Judge

ORDER OF DISMISSAL ~ 2